NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1217
(Reexamination No. 90/007,353)


IN RE MICHAEL I. RACKMAN




Michael I. Rackman, Gottlieb, Rackman & Reisman, P.C., of New York, New York, argued for appellant.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Thomas L. Stoll, Associate Solicitor.


Appealed from: United States Patent and Trademark Office
                        Board of Patent Appeals and Interferences

# United States Court of Appeals for the Federal Circuit

2009-1217
(Reexamination No. 90/007,353)

IN RE MICHAEL I. RACKMAN

# Judgment

ON APEAL from the  United States Patent and Trademark Office, Board of Patent Appeals and Interferences

in CASE NO(S).  90/007, 353

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, PROST, and MOORE, Circuit Judges.)

AFFIRMED. See Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: November 4, 2009  /s/ Jan Horbaly
           Jan Horbaly, Clerk